IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION

JOHN HENRY GENTRY #20100806111, )
                                )
          Plaintiff,             )
                                )
     v.                          )    No.  12 C 3304
                                )
THOMAS DART, et al.,             )
                                )
          Defendants.            )

                     MEMORANDUM ORDER

    John Henry Gentry ("Gentry") has filed a self-prepared 42 U.S.C. §1983 ("Section 1983") Complaint against Cook County Sheriff Thomas Dart and two officers who serve at the Cook County Department of Corrections ("County Jail"), Officers Norise and Price, charging that Gentry's constitutional rights had been violated during his tenure as a pretrial detainee at the County Jail.  As required by 28 U.S.C. §1915 ("Section 1915"), Gentry has also tendered an In Forma Pauperis Application ("Application"), coupled with the required printout reflecting the transactions in his trust fund account there.

    During the relevant six-month period prescribed for purposes of the Section 1915 calculation, the average monthly deposits to Gentry's account (see Section 1915(b)(1)(A)) amounted to $24, so that the initial partial payment toward the $350 filing fee (20% of that amount, see id.) comes to $4.80.  Accordingly the Application is granted to the extent that Gentry need not pay the full $350 filing fee in advance, although he must pay the entire

fee in current and future installments.

Gentry is therefore assessed that initial partial payment of $4.80, and the County Jail trust fund officer is ordered to collect that amount from Gentry's trust fund account and to pay it directly to the Clerk of Court ("Clerk"):

> Office of the Clerk
> United States District Court
> 219 South Dearborn Street
> Chicago IL 60604
>
> Attention:  Fiscal Department

Both that initial payment and all future payments called for in this memorandum order shall clearly identify Gentry's name and the 12 C 3304 case number assigned to this action.  To implement these requirements, the Clerk shall send a copy of this memorandum order to the County Jail trust fund officer.

After such initial payment, the trust fund officer at the County Jail (or at any other correctional facility where Gentry may hereafter be confined) is authorized to collect monthly payments from Gentry's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid.

That said, this Court turns to the Complaint itself. Because no claim has been advanced against Sheriff Dart, he is dismissed as a defendant, while both of the other defendants

remain in the case.  They should of course be served with process, and this Court is contemporaneously issuing its customary initial scheduling order.

_____
Milton I. Shadur
Senior United States District Judge

Date:  May 4, 2012